IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BENJAMIN FETTKETHER,<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,<br><br>Defendant/Counterclaimant. | CV 23-18-BLG-SPW<br><br>ORDER |

Upon Defendant/Counterclaimant's Unopposed Motion to Reschedule Preliminary Pretrial Conference (Doc.7), and good cause appearing,

**IT IS HEREBY ORDERED** that the telephonic Preliminary Pretrial Conference currently scheduled for Thursday, June 1, 2023 at 1:30 p.m., is **VACATED** and **RESET** for **Friday, June 2, 2023 at 9:30 a.m.**

Counsel shall appear telephonically by following these steps:

A. Dial 1-669-254-5252
B. When Prompted: Enter Meeting ID 161 4746 6922
C. Press: # #

1

All other deadlines outlined in the Court's Order (Doc. 4) of March 23, 2023 shall remain in effect.

DATED this 11th day of April, 2023.

SUSAN P. WATTERS
United States District Judge